# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STANLEY REED | CIVIL ACTION NO. 18-0722 |
| | SECTION P |
| VERSUS | |
| | JUDGE TERRY A. DOUGHTY |
| S.W. MCCAIN | |
| | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 14th day of August, 2018.

_____
Terry A. Doughty
United States District Judge